# Township Of Mahwah

Municipal Court
Municipal Offices: 475 Corporate Drive
P.O. Box 733 • Mahwah, NJ 07430
Tel 201-529-2862 • Fax 201-529-2054

Dennis G. Harraka
Municipal Court Judge

Lorraine Cuomo, CMCA
Court Administrator
Lorraine.Cuomo@njcourts.gov

Kelly Mangin
Municipal Court
Deputy Administrator

May 21, 2018

Ramapo Mountain Indians, Inc.
189 Stag Hill Rd.
Mahwah, NJ 07430
ATTN: CHIEF DWAYNE PERRY

Re: State of New Jersey v. **RAMAPO MOUNTAIN INDIANS, INC.**
**Summons Nos: SC 2018-008806 THRU SC 2018 -8815**

Dear Chief Perry:

Enclosed please find the above mentioned Summons charging you with Township Ordinances 24-11.2C, failure to obtain zoning permit; and 22-3.2d- failure to obtain site plan approval and 24-6.1- location of structure without approval.

**You Must Appear in the Mahwah Municipal Court on:**

**THURSDAY, JUNE 14, 2018 AT 9:00 A.M.**

*Lorraine Cuomo*
Lorraine Cuomo, CMCA
Mahwah Municipal Court

:lc
Encs.
Cc: Thomas Mulvey, Property Maint. Insp., Complainant

# Township Of Mahwah

Municipal Court
Municipal Offices: 475 Corporate Drive
P.O. Box 733 • Mahwah, NJ 07430
Tel 201-529-2862 • Fax 201-529-2054

Dennis G. Harraka
Municipal Court Judge

Lorraine Cuomo, CMCA
Court Administrator
Lorraine.Cuomo@njcourts.gov

Kelly Mangin
Municipal Court
Deputy Administrator

May 14, 2018

Ramapo Mnt. Indians Inc
C/O Chief Dwayne Perry
189 Stag Hill Rd.
Mahwah, NJ 07430

Re: State of New Jersey v. **RAMAPO MNT. INDIANS INC. C/O CHIEF PERRY; SC 2018 8794, SC 2018 8795, SC 2018 8796, SC 2018 8797, SC 2018 8798, SC 2018 8799, SC 2018 8800, SC 2018 8801, SC 2018 8802, SC 2018 8803**

Dear Ramapo Mtn. Indians Inc.:

Enclosed please find the above mentioned Summons charging you with a violation of township ordinance 24-11.2c, 22-3.2d, and 24-6.1.

**You Must Appear in the Mahwah Municipal Court on:**

**THURSDAY, JULY 14, 2018 AT 9:00 A.M.**

Samantha Chvasta, DCA
Mahwah Municipal Court

:lc
Encs.
Cc: Thomas Mulvey, Property Maint. Insp., Complainant

# Township Of Mahwah

Municipal Court
Municipal Offices: 475 Corporate Drive
P.O. Box 733 • Mahwah, NJ 07430
Tel 201-529-2862 • Fax 201-529-2054

Dennis G. Harraka
Municipal Court Judge

Lorraine Cuomo, CMCA
Court Administrator
Lorraine.Cuomo@njcourts.gov

Kelly Mangin
Municipal Court
Deputy Administrator

May 7, 2018

Ramapo Mnt. Indians
C/O Dwayne Perry
189 Stag Hill Rd
Mahwah, NJ 07430

Re: State of New Jersey v. **RAMAPO MNT. INDIANS C/O DWAYNE PERRY; SC 2018 8783, SC 2018 8784, SC 2018 8785, SC 2018 8786, SC 2018 8787, SC 2018 8788, SC 2018 8789, SC 2018 8790, SC 2018 8791, SC 2018 8792**

Dear Ramapo Mnt. Indians C/O Dwayne Perry:

Enclosed please find the above mentioned Summons charging you with a violation of township ordinance 24-11.2c, 22-3.2d, and 24-6.1.

**You Must Appear in the Mahwah Municipal Court on:**

**TUESDAY, JUNE 14, 2018 AT 9:00 A.M.**

Samantha Chvasta, DCA
Mahwah Municipal Court

:lc
Encs.
Cc: Thomas Mulvey, Property Maint. Insp., Complainant

# Township Of Mahwah

Municipal Court
Municipal Offices: 475 Corporate Drive
P.O. Box 733 • Mahwah, NJ 07430
Tel 201-529-2862 • Fax 201-529-2054

| | | |
|---|---|---|
| Dennis G. Harraka<br>Municipal Court Judge | Lorraine Cuomo, CMCA<br>Court Administrator<br>Lorraine.Cuomo@njcourts.gov | Kelly Mangin<br>Municipal Court<br>Deputy Administrator |

April 30, 2018

Ramapo Mtn. Indians Inc.
C/O Chief Perry
189 Stag Hill Rd
Mahwah, NJ 07430

Re: State of New Jersey v. **RAMAPO MTN. INDIANS INC. C/O CHIEF PERRY**
**Summons Nos: SC 2018 8772, SC 2018 8773, SC 2018 8774, SC 2018 8775, SC 2018 8776, SC 2018 8776, SC 2018 8777, SC 2018 8778, SC 2018 8779, SC 2018 8780, SC 2018 8781**

Dear Vartan Naljayan:

Enclosed please find the above mentioned Summons charging you with violations 24-11.2c, 22-3.2d, and 24-6.1.

**You Must Appear in the Mahwah Municipal Court on:**

**THURSDAY, JUNE , 2018 AT 9:00 A.M.**

Samantha Chvasta, DCA
Mahwah Municipal Court

:lc
Encs.
Cc: Thomas Mulvey, Property Maint. Insp., Complainant

# Township Of Mahwah

Municipal Court
Municipal Offices: 475 Corporate Drive
P.O. Box 733 • Mahwah, NJ 07430
Tel 201-529-2862 • Fax 201-529-2054

Dennis G. Harraka
Municipal Court Judge

Lorraine Cuomo, CMCA
Court Administrator
Lorraine.Cuomo@njcourts.gov

Kelly Mangin
Municipal Court
Deputy Administrator

April 25, 2018

Ramapo Mountain Indians, Inc.
189 Stag Hill Rd.
Mahwah, NJ 07430
ATTN: CHIEF DWAYNE PERRY

Re: State of New Jersey v. **RAMAPO MOUNTAIN INDIANS, INC.**
**Summons Nos: SC 2018-008762 THRU SC 2018 -8771**

Dear Chief Perry:

Enclosed please find the above mentioned Summons charging you with Township Ordinances 24-11.2C, failure to obtain zoning permit; and 22-3.2d- failure to obtain site plan approval.

**You Must Appear in the Mahwah Municipal Court on:**

**THURSDAY, JUNE 14, 2018 AT 9:00 A.M.**

*Lorraine Cuomo*

Lorraine Cuomo, CMCA
Mahwah Municipal Court

:lc
Encs.
Cc: Thomas Mulvey, Property Maint. Insp., Complainant