| COURT I.D. | PREFIX | COMPLAINT NUMBER | MAHWAH TOWNSHIP MUNICIPAL COURT |
|---|---|---|---|
| 0233 | SC | 008762 | 475 Corporate Drive Mahwah NJ 07430 |

**Complaint**

## The State of New Jersey
### vs.

*(Please Print)*

**Defendant's Name:** First _Ramapo_   Initial _Mnt. Indians Inc._   Last _c/o Chief Mann_

**Address** _Still Hill Rd._   **City** _Mahwah_

**State** _NJ_   **Zip Code** _07430_   **Telephone**   **SOCIAL SECURITY NUMBER**

**Birth Date:** **Mo.** **Day** **Yr.** **Sex** **Eyes** **Height** **Restrictions** CODE

**DL #**

**State** **Exp. Date**

STATE OF NEW JERSEY
COUNTY OF _____ **BERGEN** } SS:

**Complaining Witness:** _Thomas Mulvey_
_(Name)_

of _Township of Zoning / Property Maint._
_(Identify Dept./Agency Represented)   (Badge No.)_

**Twp. of Mahwah**

**Residing at**
by certification or on oath, says that to the best of his/her knowledge or information and belief, the named defendant on or about the

_Month_ **Day** _Year_ _Time_

in **MAHWAH** MUNI **0233** CODE County of **BERGEN** NJ
did commit the following offense:

_Failure to obtain Zoning Permit_

**(DESCRIPTION OF OFFENSE)**

in violation of (one charge only) _156-14.11.3.C_
_(Statute, Regulation or Ordinance Number)_

| LOCATION OF OFFENSE | CODE | Describe Location |
|---|---|---|

**OATH:** Subscribed and sworn to before me this ____ day of _____, yr. ____

_(Signature of Complaining Witness)_

**OR**

**CERTIFICATION:** I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_(Date)_

_(Signature of Person Administering Oath)_       _(Signature of Complaining Witness)_

### PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS:

| COURT USE ONLY | LAW / CODE ENFORCEMENT USE ONLY |
|---|---|
| Probable cause is found for the issuance Of this Complaint-Summons   [ ] Yes   [ ] No  _(Signature of Judicial Officer)_   [ ] Yes   [ ] No  _(Signature of Judge)_ | [ ] The complaining witness is a law enforcement officer or a code enforcement officer with territorial and subject matter jurisdiction and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons. |

### YOU ARE HEREBY SUMMONED TO APPEAR

BEFORE THIS COURT TO ANSWER THIS COMPLAINT. IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED, A WARRANT MAY BE ISSUED FOR YOUR ARREST.

### NOTICE TO APPEAR

| [V] COURT APPEARANCE REQUIRED | COURT DATE | Month _6_ | Day _14_ | Year _18_ | Time _9:00_ AM/PM |
|---|---|---|---|---|---|

_4/25/18_
_(Date Summons Issued)_       _(Signature of Person Issuing Summons)_

| COURT I.D. | PREFIX | COMPLAINT NUMBER | MAHWAH TOWNSHIP MUNICIPAL COURT |
|---|---|---|---|
| **0233** | **SC** | **008763** | 475 Corporate Drive Mahwah NJ 07430 |

**Complaint**

## The State of New Jersey
### vs.

*(Please Print)*

**Defendant's Name:** First *Ramapo* Initial *IANT Indians The Christians* Last *eye*

**Address** *Rt Sing Hill Rd.* **City** *Mahwah*

| State | Zip Code | Telephone | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| NJ | 07430 | | |

| Birth Date: | Mo. | Day | Yr. | Sex | CODE | Eyes | CODE | Height | Restrictions | CODE |
|---|---|---|---|---|---|---|---|---|---|---|

| DL # | | | | | | | | | State | Exp. Date |
|---|---|---|---|---|---|---|---|---|---|---|

STATE OF NEW JERSEY
COUNTY OF **BERGEN** } SS:

**Complaining Witness:** *Thomas Mulvey* (Name)

of *Township Zoning ...* (Identify Dept./Agency Represented) (Badge No.)

Residing at *... Mahwah*

by certification or on oath, says that to the best of his/her knowledge or information and belief, the named defendant on or about the

*3/1/18 thru 4/26/18 ... Days*
Month    Day    Year    Time

in **MAHWAH** MUN **0233** CODE County of **BERGEN** NJ

did commit the following offense: *Failure to obtain*
*Zoning ... use -*
*... use / ...*

### (DESCRIPTION OF OFFENSE)

in violation of (one charge only) *ISO 24-11.2 C*
(Statute, Regulation or Ordinance Number)

| LOCATION OF OFFENSE | C O D E | Describe Location *... i-l.131* |
|---|---|---|

**OATH:** Subscribed and sworn to before

me this ____ day of ____, yr. ____

*T. Mulvey*
(Signature of Complaining Witness)

*S. Christa DCA*
(Signature of Person Administering Oath)

**OR**

**CERTIFICATION:** I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
(Date)

_____
(Signature of Complaining Witness)

## PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS:

| COURT USE ONLY | LAW / CODE ENFORCEMENT USE ONLY |
|---|---|
| Probable cause is found for the issuance Of this Complaint-Summons [Yes] [No] *(Signature of Judicial Officer)* [Yes] [No] (Signature of Judge) | [ ] The complaining witness is a law enforcement officer or a code enforcement officer with territorial and subject matter jurisdiction and a judicial determination is not required prior to the issuance of this Complaint-Summons. |

## YOU ARE HEREBY SUMMONED TO APPEAR

BEFORE THIS COURT TO ANSWER THIS COMPLAINT. IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED, A WARRANT MAY BE ISSUED FOR YOUR ARREST.

### NOTICE TO APPEAR

| [✓] COURT APPEARANCE REQUIRED | COURT DATE | Month | Day | Year | Time | AM PM |
|---|---|---|---|---|---|---|

*4/25/18*
(Date Summons Issued)

(Signature of Person Issuing Summons)

| COURT I.D. | PREFIX | COMPLAINT NUMBER | MAHWAH TOWNSHIP |
|---|---|---|---|
| 0233 | SC | 008764 | MUNICIPAL COURT<br>475 Corporate Drive<br>Mahwah NJ 07430 |

**Complaint**

## The State of New Jersey
### vs.
*(Please Print)*

**Defendant's Name:** First _RAMAPO MNT INDIANS INC Chief for_   Initial   Last

**Address** _19 STAG HILL RD. MAHWAH_   **City**

| State | Zip Code | Telephone | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| | | | |

| Birth Date: | Mo. | Day | Yr. | Sex | Eyes | Height | Restrictions |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**DL #**

| | State | Exp. Date |
|---|---|---|

STATE OF NEW JERSEY
COUNTY OF **BERGEN**   } SS:

**COMPLAINT**

**Complaining Witness:** _Thomas Mulvey_ (Name)

of _Zoning_ (Identify Dept./Agency Represented)  (Badge No.)

**Residing at** _MAHWAH_
by certification or on oath, says that to the best of his/her knowledge or information and belief, the named defendant on or about the

Month   Day   Year   Time

in **MAHWAH**   MUNI. CODE **0233**   County of **BERGEN**   NJ

did commit the following offense: _FAILURE TO OBTAIN ZONING PERMIT FOR STRUCTURE_

**(DESCRIPTION OF OFFENSE)**

in violation of (one charge only) _ISO 24-11.1 C_ (Statute, Regulation or Ordinance Number)

**LOCATION OF OFFENSE**  **C O D E**  Describe Location

**OATH:** Subscribed and sworn to before me this ____ day of _____, yr. ____

**OR**

_____
(Signature of Complaining Witness)

_____
(Signature of Person Administering Oath)

**CERTIFICATION:** I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
(Date)

_____
(Signature of Complaining Witness)

## PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS:

| COURT USE ONLY | LAW / CODE ENFORCEMENT USE ONLY |
|---|---|
| Probable cause is found for the issuance Of this Complaint-Summons<br>□ Yes<br>□ No  (Signature of Judicial Officer)<br>□ Yes<br>□ No  (Signature of Judge) | □ The complaining witness is a law enforcement officer or a code enforcement officer with territorial and subject matter jurisdiction and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons. |

## YOU ARE HEREBY SUMMONED TO APPEAR
BEFORE THIS COURT TO ANSWER THIS COMPLAINT. IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED, A WARRANT MAY BE ISSUED FOR YOUR ARREST.

### NOTICE TO APPEAR

| COURT APPEARANCE REQUIRED | COURT DATE | Month | Day | Year | Time |
|---|---|---|---|---|---|
| ☑ | | | | | 9:00 AM/PM |

_____
(Date Summons Issued)

_____
(Signature of Person Issuing Summons)

COURT I.D. **0233** PREFIX **SC** COMPLAINT NUMBER **008765**

**MAHWAH TOWNSHIP MUNICIPAL COURT**
475 Corporate Drive
Mahwah NJ 07430

**Complaint**

## The State of New Jersey
### vs.

*(Please Print)*

**Defendant's Name: First** _Nawaz_ **Initial** _MNT. INENNS INC Chiek / Own_ **Last**

**Address** _115 Stag Hill Rd._ **City** _Mahwah_

**State** _NJ_ **Zip Code** _07430_ **Telephone**

SOCIAL SECURITY NUMBER

**Birth Date:** **Mo.** **Day** **Yr.** **Sex** **Eyes** **Height** **Restrictions**

**DL #**

**State** **Exp. Date**

STATE OF NEW JERSEY
COUNTY OF **BERGEN** } SS:

**COMPLAINT**

**Complaining Witness:** _Thomas Mulvey_ (Name)

**of** _Building Zoning Dept / Official_ (Identify Dept./Agency Represented) (Badge No.)

**Residing at** _Twp of Mahwah_

by certification or on oath, says that to the best of his/her knowledge or information and belief, the named defendant on or about the

**Month** **Day** **Year** **Time**

**in** **MAHWAH** MUN **0233** CODE County of **BERGEN** NJ

did commit the following offense:

### (DESCRIPTION OF OFFENSE)

in violation of (one charge only) _150-14.11.2c_ (Statute, Regulation or Ordinance Number)

**LOCATION OF OFFENSE** **CODE** Describe Location

**OATH:** Subscribed and sworn to before me this ____ day of ____, yr. ____

**CERTIFICATION:** I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**OR**

(Signature of Complaining Witness)

(Signature of Person Administering Oath) | (Signature of Complaining Witness)

(Date)

## PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS:

| COURT USE ONLY | LAW / CODE ENFORCEMENT USE ONLY |
| --- | --- |
| Probable cause is found for the issuance Of this Complaint-Summons<br>☐ Yes<br>☐ No (Signature of Judicial Officer)<br>☐ Yes<br>☐ No (Signature of Judge) | The complaining witness is a law enforcement officer or a code enforcement officer with territorial and subject matter jurisdiction and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons. |

**SUMMONS**

## YOU ARE HEREBY SUMMONED TO APPEAR

BEFORE THIS COURT TO ANSWER THIS COMPLAINT. IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED, A WARRANT MAY BE ISSUED FOR YOUR ARREST.

### NOTICE TO APPEAR

| COURT APPEARANCE REQUIRED | COURT DATE | Month | Day | Year | Time | ☐ AM ☐ PM |
| --- | --- | --- | --- | --- | --- | --- |

(Date Summons Issued) | (Signature of Person Issuing Summons)

| COURT I.D. | PREFIX | COMPLAINT NUMBER | MAHWAH TOWNSHIP MUNICIPAL COURT |
|---|---|---|---|
| 0233 | SC | 008767 | 475 Corporate Drive Mahwah NJ 07430 |

**Complaint**

## The State of New Jersey
### vs.

*(Please Print)*

**Defendant's Name:** First _____ Initial _____ Last _____

**Address** _____ **City** _____

| State | Zip Code | Telephone | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| | | | |

| Birth Date: | Mo. | Day | Yr. | Sex | Eyes | Height | Restrictions |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| DL # | | | | | | | | | | | | | State | Exp. Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

STATE OF NEW JERSEY
COUNTY OF _____ **BERGEN** } SS:

**C O M P L A I N T**

**Complaining Witness:** _____ Thomas McLvey _____
(Name)

of _____
(Identify Dept./Agency Represented)   (Badge No.)

**Residing at** _____

by certification or on oath, says that to the best of his/her knowledge or information and belief, the named defendant on or about the _____

_____ _____ _____ _____
Month      Day      Year      Time

in _____ **MAHWAH** _____ MUN. **0 2 3 3** CODE County of _____ **BERGEN** _____ NJ

did commit the following offense:

### (DESCRIPTION OF OFFENSE)

in violation of (one charge only) _____
(Statute, Regulation or Ordinance Number)

| LOCATION OF OFFENSE | C O D E | Describe Location |
|---|---|---|

**OATH:** Subscribed and sworn to before me this ____ day of _____, yr. ____

_____
(Signature of Complaining Witness)

**OR**

_____
(Signature of Person Administering Oath)

**CERTIFICATION:** I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

_____
(Date)

_____
(Signature of Complaining Witness)

## PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS:

| COURT USE ONLY | LAW / CODE ENFORCEMENT USE ONLY |
|---|---|

Probable cause is found for the issuance Of this Complaint-Summons

| Yes |
|---|
| No |   (Signature of Judicial Officer)
| Yes |
| No |   (Signature of Judge)

☐ The complaining witness is a law enforcement officer or a code enforcement officer with territorial and subject matter jurisdiction and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

## YOU ARE HEREBY SUMMONED TO APPEAR

BEFORE THIS COURT TO ANSWER THIS COMPLAINT. IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED, A WARRANT MAY BE ISSUED FOR YOUR ARREST.

### NOTICE TO APPEAR

| COURT APPEARANCE REQUIRED | COURT DATE | Month | Day | Year | Time | : | AM PM |
|---|---|---|---|---|---|---|---|

_____
(Date Summons Issued)

_____
(Signature of Person Issuing Summons)

| COURT I.D. | PREFIX | COMPLAINT NUMBER | MAHWAH TOWNSHIP MUNICIPAL COURT |
|---|---|---|---|
| 0233 | SC | 008769 | 475 Corporate Drive Mahwah NJ 07430 |

**Complaint**

## The State of New Jersey

*(Please Print)* **vs.**

**Defendant's Name: First** _____ Initial _____ Last _____

**Address** _____ **City** _____

| State | Zip Code | Telephone | SOCIAL SECURITY NUMBER |
|---|---|---|---|

| Birth Date: | Mo. | Day | Yr. | Sex | Eyes | Height | Restrictions |
|---|---|---|---|---|---|---|---|

DL #

| | | State | Exp. Date |
|---|---|---|---|

STATE OF NEW JERSEY
COUNTY OF _____ **BERGEN** _____ } SS:

**COMPLAINT**

**Complaining Witness:** _____ (Name)

of _____ (Identify Dept./Agency Represented)   (Badge No.)

**Residing at** _____

by certification or on oath, says that to the best of his/her knowledge or information and belief, the named defendant on or about the

_____ _____ _____ _____
Month   Day   Year   Time

in **MAHWAH** MUN 0 2 3 3 CODE County of **BERGEN** NJ

did commit the following offense: _____

**(DESCRIPTION OF OFFENSE)**

in violation of (one charge only) _____ (Statute, Regulation or Ordinance Number)

| LOCATION OF OFFENSE | C O D E | Describe Location |
|---|---|---|

**OATH:** Subscribed and sworn to before

me this _____ day of _____, yr. _____

_____
(Signature of Complaining Witness)

**OR**

_____
(Signature of Person Administering Oath)

**CERTIFICATION:** I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
(Date)

_____
(Signature of Complaining Witness)

### PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS:

| COURT USE ONLY | LAW / CODE ENFORCEMENT USE ONLY |
|---|---|
| Probable cause is found for the issuance Of this Complaint-Summons | The complaining witness is a law enforcement officer or a code enforcement officer with territorial and subject matter jurisdiction and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons. |
| Yes / No _____ (Signature of Judicial Officer) | |
| Yes / No _____ (Signature of Judge) | |

**SUMMONS**

## YOU ARE HEREBY SUMMONED TO APPEAR

BEFORE THIS COURT TO ANSWER THIS COMPLAINT. IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED, A WARRANT MAY BE ISSUED FOR YOUR ARREST.

### NOTICE TO APPEAR

| COURT APPEARANCE REQUIRED | COURT DATE | Month | Day | Year | Time | : | AM PM |
|---|---|---|---|---|---|---|---|

_____
(Date Summons Issued)

_____
(Signature of Person Issuing Summons)

| COURT I.D. | PREFIX | COMPLAINT NUMBER | **MAHWAH TOWNSHIP MUNICIPAL COURT** |
|---|---|---|---|
| **0233** | **SC** | **008770** | 475 Corporate Drive<br>Mahwah NJ 07430 |

**Complaint**

## The State of New Jersey
### vs.

(Please Print)

**Defendant's Name:** First _Kamara_   Initial _c.c._   Last _Chief Mint Indians Inc Tribal_

**Address** _501 Hill Rd Mahwah_   **City**

| State _NJ_ | Zip Code _07430_ | Telephone | SOCIAL SECURITY NUMBER | | |
|---|---|---|---|---|---|
| Birth Date: | Mo. | Day | Yr. | Sex | Eyes | Height | Restrictions |

| DL # | | | | | | | | | | State | Exp. Date |

STATE OF NEW JERSEY
COUNTY OF _____ **BERGEN** _____ } SS:

**Complaining Witness:** _Thomas Mulvey_ (Name)

of _Mahwah Zoning / Property M._ (Identify Dept./Agency Represented)   (Badge No.)

Residing at _____

by certification or on oath, says that to the best of his/her knowledge or information and belief, the named defendant on or about the _____
Month _____ Day _____ Year _____ Time _____

in _____ **MAHWAH** _____ MUNI **0233** CODE County of _____ **BERGEN** _____ NJ

did commit the following offense: _Location Not Structure with field things Need Water B-F or with out_

### (DESCRIPTION OF OFFENSE)

in violation of (one charge only) _____ _ISO - 14 - 6. th. (1)_ (Statute, Regulation or Ordinance Number)

| LOCATION OF OFFENSE | **CODE** | Describe Location _B - 1 - 1 -131_ |
|---|---|---|

**OATH:** Subscribed and sworn to before

me this _____ day of _____, yr. _____

_____
(Signature of Complaining Witness)

**OR**

_____
(Signature of Person Administering Oath)

**CERTIFICATION:** I certify that the fore-going statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
(Date)

_____
(Signature of Complaining Witness)

## PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS:

| COURT USE ONLY | LAW / CODE ENFORCEMENT USE ONLY |
|---|---|
| Probable cause is found for the issuance Of this Complaint-Summons | The complaining witness is a law enforcement officer or a code enforce-ment officer with territorial and subject matter jurisdiction and a judicial prob-able cause determination is not re-quired prior to the issuance of this Complaint-Summons. |

**SUMMONS**

| Yes | _____ |
| No | (Signature of Judicial Officer) |
| Yes | |
| No | (Signature of Judge) |

## YOU ARE HEREBY SUMMONED TO APPEAR

BEFORE THIS COURT TO ANSWER THIS COMPLAINT. IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED, A WARRANT MAY BE ISSUED FOR YOUR ARREST.

### NOTICE TO APPEAR

| COURT APPEARANCE REQUIRED | COURT DATE | Month | Day | Year | Time | : | AM |
|---|---|---|---|---|---|---|---|
| | | | | | | : | PM |

_____
(Date Summons Issued)

_____
(Signature of Person Issuing Summons)

COURT I.D. **0233** PREFIX **SC** COMPLAINT NUMBER **008771**

MAHWAH TOWNSHIP
MUNICIPAL COURT
475 Corporate Drive
Mahwah NJ 07430

**Complaint**

## The State of New Jersey
### vs.

(Please Print)

**Defendant's Name:** First _____ Initial _____ Last _____

**Address** _____ **City** _____

**State** _____ **Zip Code** _____ **Telephone** _____ **SOCIAL SECURITY NUMBER** _____

**Birth Date:** Mo. _____ Day _____ Yr. _____ Sex _____ Eyes _____ Height _____ Restrictions _____

**DL #** _____ **State** _____ **Exp. Date** _____

**STATE OF NEW JERSEY**
**COUNTY OF** **BERGEN** } SS:

**COMPLAINT**

**Complaining Witness:** _____ (Name)

of _____ (Identify Dept./Agency Represented) (Badge No.)

**Residing at** _____

by certification or on oath, says that to the best of his/her knowledge or information and belief, the named defendant on or about the

in **MAHWAH** MUN **0233** CODE County of **BERGEN** NJ
Month Day Year Time

did commit the following offense:

**(DESCRIPTION OF OFFENSE)**

in violation of (one charge only) _____ (Statute, Regulation or Ordinance Number)

**LOCATION OF OFFENSE** **C O D E** **Describe Location** _____

**OATH:** Subscribed and sworn to before me this _____ day of _____, yr. _____

**OR**

**CERTIFICATION:** I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____ (Signature of Complaining Witness)
_____ (Date)

_____ (Signature of Person Administering Oath)
_____ (Signature of Complaining Witness)

### PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS:

| COURT USE ONLY | LAW / CODE ENFORCEMENT USE ONLY |
|---|---|
| Probable cause is found for the issuance Of this Complaint-Summons. ☐ Yes ☐ No (Signature of Judicial Officer) ☐ Yes ☐ No (Signature of Judge) | ☐ The complaining witness is a law enforcement officer or a code enforcement officer with territorial and subject matter jurisdiction and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons. |

**SUMMONS**

### YOU ARE HEREBY SUMMONED TO APPEAR
BEFORE THIS COURT TO ANSWER THIS COMPLAINT. IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED, A WARRANT MAY BE ISSUED FOR YOUR ARREST.

**NOTICE TO APPEAR**

| COURT APPEARANCE REQUIRED | COURT DATE | Month | Day | Year | Time | : | AM. PM |
|---|---|---|---|---|---|---|---|

_____ (Date Summons Issued)
_____ (Signature of Person Issuing Summons)