# United States District Court

## For The District of New Jersey

| | |
|---|---|
| RAMAPOUGH MOUNTAIN INDIANS, INC., <br><br> and <br><br> RAMAPOUGH LENAPE NATION, <br><br> *Plaintiffs* <br><br> v. <br><br> TOWNSHIP OF MAHWAH, <br><br> RAMAPO HUNT & POLO CLUB ASSOCIATION, INC. <br><br> GERALDINE ENTRUP, <br><br> THOMAS MULVEY, <br><br> JOHN and JANE DOES 1 THROUGH 14, <br><br> JOHN DOE ENTITIES 1 AND 2 <br><br> *Defendants* | Civil Action No. 2:18-cv-09228 <br><br><br> **DECLARATION OF KARENNA GORE IN SUPPORT OF PLAINTIFF RAMAPOUGH LENAPE NATION** |

**DECLARATION OF KARENNA GORE**

"I, KARENNA GORE, declare as follows

1. I am an administrator at Union Theological Seminary and the Director of the Center for Earth Ethics.

2. The Center works through education and public programming to explore the moral and spiritual dimensions of our ecological crisis and to engage faith and wisdom traditions and solutions to it.

3. I first learned about the Ramapough Lenape Nation in September 2014 when I was organizing a conference at Union Theological Seminary called "Religions for the Earth."

4. In the Fall of 2016, I was part of a group of people concerned about the expansion of fossil fuel infrastructure and pipelines in this watershed and how that is connected to global climate change.

5. I am also interested in interfaith dialogue and work with students at Union Theological Seminary, specifically in educational and experiential learning regarding indigenous traditions.

6. I have been to the Split Rock Sweetwater prayer site at the Ramapough Lenape Land at 95 Halifax Road around ten times. I have seen the Stone Altar, explained to me as a place to pray and lay down stones as prayers. I have also been to the Prayer Circle, which is a ceremonial gathering space.

7. The ceremonies that I have participated in take place out in the open land where I observed a very sincere acknowledgement of the elements of the

land, the water, the air, the trees, the birds, the soil. I have been involved in tobacco ceremonies, sweat lodge ceremonies, pipe ceremonies, water ceremonies, and also communal prayer ceremonies of a more ecumenical nature.

8.  In terms of education, the Ramapough Lenape nation is like other traditional indigenous cultures that I am aware of in that these nations have very place-based sites and specific practices of reverence connected to these sites, their ancestors, the Earth, and their communities. It doesn't always fit into a conventional sense of an institutionalized religion.

9.  Whereas manmade structures are seen as the foundation of sacred space in many cultures, from my experience with Ramapough sacred space extends to the land, the trees, the cosmos, and the river among other facets of creation.

10.  The conservation movement, itself, has always had spiritual and moral dimensions, whether or not defined as such, and the Split Rock Sweetwater camp at 95 Halifax Road is very much a place to be able to discuss these matters in a natural setting.

11.  From my understanding of Native American or American Indian spiritual practice in comparison to other cultures is that the connection to the Earth and viewpoint of land beyond property to a relationship of communion that can also be significant over time. So if there is a place in which one's ancestors

prayed on that soil or with a river or body of water, that is also a way of communion in reverence honoring the ancestors.

I declare pursuant to 28 U.S.C. § 2486 and hereby swear under penalty of perjury that the foregoing statements are true and correct to the best of my information and belief.

DATED: May 30th, 2018     By: _____Karenna Gore_____

Karenna Gore