01-30-'12 15:12 FROM-                      T-153  P0002/0004  F-308

# Zoning Permit

| | | | | | | |
|---|---|---|---|---|---|---|
| Application #: | 2733 | Permit No: | 20120010.000 | Issue Date: | 01/25/2012 | |
| Construction Control Number: | | 63604 | | | | Voucher/Receipt #: 0 |
| Block: | 1 | Lot: | 131 | Qualifier: | | Check #: 1244 |
| | | | | | | Amount collected: $0.00 |
| Work Site: | 95 HALIFAX RD | | | Zone: | Default | |
| Owner: | RAMAPOUGH MOUNTAIN INDIANS, INC. | | | Agent: | RAMAPOUGH MOUNTAIN INDIANS, INC. | |
| Address: | 189 STAG HILL ROAD | | | Address: | | |
| City/State/Zip: | MAHWAH NJ 07430 | | | City/State/Zip: | | |
| Telephone: | _-_ | | | Telephone: | _-_ | |
| Fax: | (_)-_-_ | | | Fax: | (_)-_-_ | |
| EMail: | | | | EMail: | | |
| Tenant: | | | | | | |

This is to certify that the above-described premises together with any building thereon, are approved for use as indicated below and as depicted on the Plot Plan:

**BUILDING LONGHOUSE TO BE USED FOR PRAYER AND COMMUNITY CULTURAL ASSEMBLY**

Which is a:

[ X ]  Use permitted by Zoning Ordinance, Article - ARTICLE   Section - STAT.
      as per D.E.P.

[ ]  Use permitted by variance approved on _____, # _____ subject to any special conditions attached to the grant thereof.

[ ]  Valid nonconforming use as established by ( ) findings of the Zoning Board of Adjustment or by ( ) the undersigned zoning officer or by ( ) Planning Board on the basis of evidence supplied by applicant. Conditions, if any:

[ ]  There is a nonconforming structure on the premises by reason of insufficient

[ ]  Other:

_Gary L. Montroy_                      Zoning Official

Gary L. Montroy

**This is NOT a Construction Permit**