```
 1
 2
 3
 4
 5
 6                    AUDIO TRANSCRIPTION
 7                MAHWAH TOWN COUNCIL MEETING
 8
 9               DATES: JANUARY 18, 2018
10                      FEBRUARY 8, 2018
11                      FEBRUARY 22, 2018
12                      MARCH 22, 2018
13                      APRIL 5, 2018
14                      APRIL 19, 2018
15                      MAY 17, 2018
16
17
18
19
20    ATKINSON-BAKER,
      INC. COURT
      REPORTERS
21    800-288-3376
      www.depo.com
22
23
24    REPORTED BY:    Tammy Moon, CSR No. 13184
25    FILE NO.: AC05B1C
```

1            Thus far, we have had to spend over a quarter
2   of a million dollars in legal fees.   That's money we
3   should never have had to spend.   If that zoning permit
4   had never been issued, we would not be here.   And that's
5   not even counting lost property value that we have all
6   suffered.
7            The settlement here is a chance for the town to
8   begin to set things right, and we are hoping that the
9   town will take a strong stand following the guidelines
10  of what Judge McGeady laid down as far as moving all
11  those structures.   And then what Mike Kelly and Geri
12  Entrup have both said as far as what is
13  permitted and what is not permitted on the property,
14  nothing should be added as far as what is permitted.
15           There are only four uses permitted.   And if
16  it's not there, it shouldn't be permitted.   And it
17  shouldn't be in the settlement.   All we are asking --
18  all we ever ask -- all we have ever asked is for the
19  town to enforce its laws and ordinances.   We're not
20  asking for any special treatment.   Just enforce the law.
21           We like everything that -- you know, everything
22  that's there should be removed, because it shouldn't be
23  there.   And have the RMI go to the appropriate boards
24  for appropriate permissions if they want to do
25  something.   And we're hopeful that's exactly what the