```
 1
 2
 3
 4
 5
 6                   AUDIO TRANSCRIPTION
 7              MAHWAH TOWN COUNCIL MEETING
 8
 9            DATES: JANUARY 18, 2018
10                   FEBRUARY 8, 2018
11                   FEBRUARY 22, 2018
12                   MARCH 22, 2018
13                   APRIL 5, 2018
14                   APRIL 19, 2018
15                   MAY 17, 2018
16
17
18
19
20   ATKINSON-BAKER,
     INC. COURT
     REPORTERS
21   800-288-3376
     www.depo.com
22
23
24   REPORTED BY:    Tammy Moon, CSR No. 13184
25   FILE NO.: AC05B1C
```

```
 1              MS. MURRAY:  Well, it was given up in the
 2   settlement, which now has not been agreed to.   So --
 3              BRIAN CHEWCASKIE:  You can't have it both
 4   ways.  You can't say --
 5              MS. MURRAY:  No, no.  I'm not, but you did
 6   mention the fines just now, so I'm saying, ask me what
 7   I'd like to do.
 8              BRIAN CHEWCASKIE:      There are -- there are a
 9   number of aspects of the settlement.   If there is no
10   settlement, there is no agreement that the township is
11   waiving any of this.
12              MS. MURRAY:  Correct.  So now what action does
13   the township do?  Do we reinstate fines right away?   Is
14   that something you would be doing?
15              BRIAN CHEWCASKIE:      Fines would exist.
16   Fines exist today.
17              MS. MURRAY:  Okay.  Do we collect on the fines,
18   and actually force them to pay something?   Because after
19   two years, they haven't paid a dime.
20              BRIAN CHEWCASKIE:  And -- and it may be difficult
21   to collect that money.
22              MS. MURRAY:  Okay.  Then --
23              BRIAN CHEWCASKIE:  The --
24              MS. MURRAY:  Then do we go after the property as you
25   have mentioned, Mr. Laforet, that we might be able to do in
```

```
1   lieu  of the fines if they default on the money?
2           MAYOR LAFORET:   These are legal questions I
3   turn to my attorney.
4           BRIAN CHEWCASKIE:    We have the right to
5   seek enforcement and whatever liens we can assert on the
6   property.
7           MS. MURRAY:  Do you see my frustration though
8   here?  Does the council see my frustration?
```

```
15              MS. MURRAY:   I understand.
16              MAYOR LAFORET:   Meaning that from several times
17   prior that you were here that set an expectation that
18   our police department is going to go in there and remove
19   the stuff that's there.   The stuff that's there is now
20   gone.   That does not remove our intent or commitment to
21   finish this as we have committed to in the beginning.
22   Absolutely hundred percent.   It does not go away.   How
23   much clearer can I make myself?
24              MS. MURRAY:   That is very clear.
25              MAYOR LAFORET:   That is a very offensive rumor
```

```
1   from all the time and effort.   And let me speak to that.
2   Not to you, speak to that rumor.   Because of the time
3   and effort that I have put into this, council has put
4   into this.   This community has put into legal fees and
5   the attorneys have gone to battle for.   Nowhere have you
6   seen us falter in any way, shape, or form.
7           MS. MURRAY:   Have they paid anything yet?   Has
8   anybody been thrown in jail?   Has anything been done to
9   stop the events taking place?
```

## DECLARATION OF LAURA SAGE

"I, LAURA SAGE, declare as follows

1. I have experience transcribing legal and medical documents.

2. I edited the document entitled 'Audio Transcription: Mahwah Town Council Meeting January 18, February 8, February 22, March 22, April 5, April 19, May 17, 2018.'

3. Upon information and belief, this is a transcription of audio recordings made of the meetings on those dates.

4. The edits I made were to add the names of speakers labelled 'unidentified' in the original transcription and to correct or clarify the transcript to reflect what was originally recorded by audiovisual recording.

5. The final document to which my declaration is attached is the original transcription incorporating edits and changes that I made.

I declare pursuant to 28 U.S.C. § 2486 and hereby swear under penalty of perjury that the foregoing statements are true and correct to the best of my information and belief."

DATED:   May 30th, 2018            By: _____
                                        Laura Sage