# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Ramapough Mountain Indians, Inc. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:18-cv-09228 |
| Township of Mahwah, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Ramapough Mountain Indians, Inc. and Ramapough Lenape Nation.

Date: 08/06/2018

*Attorney's signature*

Diane Sullivan  025261987
*Printed name and bar number*

17 Hulfish St.
Suite 201
Princeton, NJ 08542

*Address*

diane.sullivan@weil.com
*E-mail address*

(609) 986-1120
*Telephone number*

(609) 986-1199
*FAX number*