Diane P. Sullivan
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, New Jersey
Tel: (609) 986-1120
Fax: (609) 986-1199
Email:  Diane.Sullivan@weil.com

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMAPOUGH MOUNTAIN INDIANS, INC., and RAMAPOUGH LENAPE NATION | Civ. A. No. 2:18-cv-09228 |
| Plaintiffs, | **CERTIFIED STATEMENT OF KEVIN J. ARQUIT IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |
| -against- | |
| THE TOWNSHIP OF MAHWAH, RAMAPO HUNT & POLO CLUB ASSOCIATION, INC., GERALDINE ENTRUP, THOMAS MULVEY, JOHN AND JANE DOES 1 THROUGH 14, and JOHN DOE ENTITIES 1 AND 2 | |
| Defendants. | |

I, KEVIN J. ARQUIT, of full age, hereby certify as follows:

1.      I submit this Certified Statement in further support of the application for my admission to the United States District Court for the District of New Jersey *pro hac vice* for purposes of this pending action before this Court.

2.      I am a Partner in the law firm of Weil, Gotshal & Manges LLP, located at 767 5th Avenue, New York, New York 10153.

3.      I was admitted to practice before the Bar of the State of New York on April

1, 1980, in the Supreme Court of the State of New York, Appellate Division, First Department.

   4. The office maintaining the roll of this membership is:  Clerk of the Supreme Court of the State of New York, Appellate Division, First Department, 27 Madison Avenue, New York, New York 10010.

   5. I was admitted to practice before the United States District Court for the Southern District of New York on June 19, 1980.

   6. The office maintaining the roll of this membership is: Clerk of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007.

   7. I was admitted to practice before the United States District Court for the Eastern District of New York on July 29, 1980.

   8. The office maintaining the roll of this membership is: Clerk of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201.

   9. I was admitted to practice before the United States Court of Appeals for the Third Circuit on July 6, 1982.

   10. The office maintaining the roll of this membership is: Clerk of the United States Court of Appeals for the Third Circuit, 21400 U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

   11. I was admitted to practice before the United States District Court for the Northern District of California on September 19, 1983.

   12. The office maintaining the roll of this membership is: Clerk of the United

States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102.

13.     I was admitted to practice before the United States District Court for the Western District of New York on March 19, 1984.

14.     The office maintaining the roll of this membership is: Clerk of the United States District Court for the Western District of New York, 2 Niagara Square, Buffalo, New York 14202.

15.     I was admitted to practice before the United States Court of Appeals for the Second Circuit on August 19, 1985.

16.     The office maintaining the roll of this membership is: Clerk of the United States Court of Appeals for the Second Circuit, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

17.     I was admitted to practice before the United States District Court for the Northern District of New York on November 4, 1985.

18.     The office maintaining the roll of this membership is: Clerk of the United States District Court for the Northern District of New York, James T. Foley U.S. Courthouse, Suite 509, 445 Broadway, Albany, New York 12207.

19.     I was admitted to practice before the Supreme Court of the United States on February 28, 1989.

20.     The office maintaining the roll of this membership is. Clerk of the Supreme Court of the United States, 1 First Street N.E., Washington, D.C. 20543.

21.     I was admitted to practice before the Bar of the District of Columbia on August 2, 1993.

22.     The office maintaining the roll of this membership is: Clerk of the Bar of the District of Columbia, 901 4th Street N.W., Washington, D.C. 20001.

23.     I was admitted to practice before the United States District Court for the District of Massachusetts on September 6, 1996.

24.     The office maintaining the roll of this membership is: United States District Court for the District of Massachusetts, 300 State Street, Springfield, Massachusetts 01105.

25.     I was admitted to practice before the United States District Court for the District of Columbia on January 31, 2001.

26.     The office maintaining the roll of this membership is:  Clerk of the United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Room 1225, Washington, D.C. 20001.

27.     I was admitted to practice before the United States Court of Appeals for the District of Columbia Circuit on January 31, 2001.

28.     The office maintaining the roll of this membership is: Clerk of the United States Court of Appeals for the District of Columbia Circuit, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

29.     I was admitted to practice before the United States Court of Appeals for the Ninth Circuit on January 19, 2005.

30.     The office maintaining the roll of this membership is: Clerk of the Court of the United States Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, California 94119.

31.     I was admitted to practice before the United States Court of Appeals for

the Fifth Circuit on June 26, 2009.

32.    The office maintaining the roll of this membership is: Clerk of the

United States Court of Appeals for the Fifth Circuit, F. Edward Hebert Building, 600

S. Maestri Place, New Orleans, Louisiana 70130.

33.    I was admitted to practice before the United States Court of Appeals for

the Eleventh Circuit on July 12, 2011.

34.    The office maintaining the roll of this membership is: Clerk of the

United States Court of Appeals for the Eleventh Circuit, 56 Forsyth Street, N.W.,

Atlanta, Georgia 30303.

35.    I am a member in good standing in each of the aforementioned

jurisdictions in which I am admitted to practice.  No disciplinary proceedings are

pending against me in any jurisdiction, and I have never been subject to attorney

discipline.

36.    Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury

that the foregoing is true and correct.


Dated:  August 6, 2018

_____
Kevin J. Arquit
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, NY 10153-0119
(212) 310-8000
Kevin.Arquit@weil.com