UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RAMAPOUGH MOUNTAIN INDIANS, INC., and RAMAPOUGH LENAPE NATION

                    Plaintiffs,

-against-

THE TOWNSHIP OF MAHWAH, RAMAPO HUNT & POLO CLUB ASSOCIATION, INC., GERALDINE ENTRUP, THOMAS MULVEY, JOHN AND JANE DOES 1 THROUGH 14, and JOHN DOE ENTITIES 1 AND 2

                    Defendants.

Civ. A. No. 2:18-cv-09228

## NOTICE OF MOTION FOR AN ORDER ADMITTING NIGAR SHAIKH *PRO HAC VICE*

    PLEASE TAKE NOTICE that upon the accompanying Application and Certification of Diane P. Sullivan, and the Certification of Nigar Shaikh, the undersigned will move before this Court for an Order pursuant to Local Civil Rule 101.1(c) admitting Nigar Shaikh to appear *pro hac vice* in the above-captioned matter on behalf of Plaintiffs Ramapough Mountain Indians, Inc., and Ramapough Lenape Nation

Dated: September 21, 2018

Respectfully submitted,

Diane P. Sullivan
Weil, Gotshal & Manges LLP
17 Hulfish Street, Suite 201
Princeton, New Jersey 08542
Telephone: (609) 986-1120
Facsimile: (609) 986-1199
diane.sullivan@weil.com
*Attorney for Plaintiffs*