Diane P. Sullivan
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, NJ 08542
(609) 986-1120

Kevin J. Arquit (admitted *pro hac vice*)
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

Baher Azmy
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464

Valeria A. Gheorghiu
Law Office of Valeria A. Gheorghiu
113 Green Street, Suite 2
Kingston, NY 12401
(914) 772-7194

Jonathan Wallace (admitted *pro hac vice*)
P.O. Box 728
Amagansett, New York 11930
(917) 359-6234

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

| | |
|---|---|
| RAMAPOUGH MOUNTAIN INDIANS, INC., and RAMAPOUGH LENAPE NATION<br><br>          Plaintiffs,<br><br>    -against-<br><br>THE TOWNSHIP OF MAHWAH, RAMAPO HUNT & POLO CLUB ASSOCIATION, INC., GERALDINE ENTRUP, in her official capacity, THOMAS MULVEY, in his official capacity,<br><br>          Defendants. | Civ. No. 2:18-cv-09228<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>MOTION DATE: OCTOBER 15, 2018 |

---

PLEASE TAKE NOTICE that on Friday, October 15, 2018 at 10:00 am, or as soon thereafter as counsel may be heard, Plaintiffs Ramapough Mountain Indians, Inc. and Ramapough Lenape Nation (collectively, "Plaintiffs") shall appear before the Honorable Claire C. Cecchi, U.S.D.J., for the United States District Court, District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, and shall move this Court for Leave to File Plaintiffs' First Amended Complaint.

PLEASE TAKE FURTHER NOTICE that Plaintiffs shall rely upon the accompanying Memorandum of Law with exhibits and declaration, and any reply papers submitted. A proposed Order is attached.

Dated: New York, New York
       September 21, 2018

Diane P. Sullivan
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, NJ 0854
(609) 986-1120
diane.sullivan@weil.com

Kevin J. Arquit (admitted *pro hac vice*)
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
kevin.arquit@weil.com

Baher Azmy (admitted *pro hac vice*)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464

Valeria A. Gheorghiu (admitted *pro hac vice*)
Law Office of Valeria A. Gheorghiu
113 Green Street, Suite 2
Kingston, NY 12401
(914) 772-7194

3

Jonathan Wallace (admitted *pro hac vice*)
P.O. Box 728
Amagansett, New York 11930
(917) 359-6234

*Attorneys for Plaintiffs*