Diane P. Sullivan
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, NJ 08542
(609) 986-1120

Kevin J. Arquit (admitted *pro hac vice*)
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

Baher Azmy
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Valeria A. Gheorghiu
Law Office of Valeria A. Gheorghiu
113 Green Street, Suite 2
Kingston, NY 12401
(914) 772-7194

Jonathan Wallace (admitted *pro hac vice*)
P.O. Box 728
Amagansett, New York 11930
(917) 359-6234

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMAPOUGH MOUNTAIN INDIANS, INC., and RAMAPOUGH LENAPE NATION<br><br>Plaintiffs,<br><br>-against-<br><br>THE TOWNSHIP OF MAHWAH, RAMAPO HUNT & POLO CLUB ASSOCIATION, INC., GERALDINE ENTRUP, in her official capacity, THOMAS MULVEY, in his official capacity,<br><br>Defendants. | Civ. No. 2:18-cv-09228<br><br>**DECLARATION OF KEVIN J. ARQUIT IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

I, Kevin J. Arquit, declare under penalty of perjury as follows:

1. I am a member of the Bar of the State of New York (admitted *pro hac vice* in the above-captioned case) and a partner at the law firm of Weil, Gotshal & Manges LLP, attorneys for Plaintiffs Ramapough Mountain Indians, Inc. and Ramapough Lenape Nation ("Plaintiffs") in this action.

2. I have personal firsthand knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

3. I submit this Declaration in Support of Plaintiffs' Motion for Leave to File First Amended Complaint. The relevant facts regarding the merits of the Motion are set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Leave to File First Amended Complaint, and the exhibit attached thereto.

4. A true and correct copy of the Plaintiffs' First Proposed Amended Complaint is attached hereto as Exhibit 1.

5. A true and correct copy of the Redline to the Original Complaint is attached hereto as Exhibit 2.

I declare under penalty of perjury that the foregoing facts are true and correct. This declaration was executed on the 21st day of September 2018.

Dated: New York, New York
September 21, 2018

_____
Kevin J. Arquit (admitted *pro hac vice*)
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
kevin.arquit@weil.com

*Attorneys for Plaintiffs*