Search  Marty Home 1

## Events

- Events
- Calendar
- Birthdays
- Discover
- **1 Year Anniversary of Split Rock Sweetwater Prayer Camp**
- Past

Create Event



**OCT 1** — 1 Year Anniversary of Split Rock Sweetwater Prayer Camp

Public · Hosted by **Split Rock Sweetwater Prayer Camp**

Interested | Going | Share

Sunday at 12 PM - 5 PM
6 days from now · 50–70°Sunny

Split Rock Sweetwater Prayer Camp
95 Halifax Road, Mahwah, New Jersey    Show Map

About | Discussion

**21 Going · 100 Interested**
Share this event with your friends    Share

### Details

Join us for an early celebration of the 1 year Anniversary of Split Rock Sweetwater Prayer Camp on Sunday, October 1st from 12-5pm. Bring food (potluck!), games, family, and friends as we celebrate and recognize the entire community we have built over the last year.

- Tobacco Ceremony (12pm)
- Potluck (bring a dish!)
- Beading workshops (11am and 3pm)
- Artisans
- Community Building

On October 16, 2016, the Ramapough Lenape Nation and supporters erected teepees on their ceremonial grounds at 95 Halifax Road, Mahwah, NJ 07430 in solidarity with Standing Rock and to resist the proposed Pilgrim Pipeline.

Since then, indigenous groups from all over the world, environmentalists, and allies have come together in prayer and solidarity for protection of the land and waters. Come out and join us for a huge celebration!

Kid Friendly

### Share In Messenger

To: Choose friends

Add a message...

### Suggested Events    See More


**Night of 1,000 Jack O'Lantern…**
Thu Oct 26 at 10 South St, New…
4,268 guests
Interested · Going


**23-Mile Ride to Rockaway for …**
Thursday at NY Waterway Pier …
Iris Bromberg is going
Interested · Going


**East Village Zombie Crawl**
Thursday at The Gene Frankel …
100 guests
Interested · Going


**NYC Comic Con 2017**
Thu Oct 5 at Javits Center
822 guests
Interested · Going


**The Great Jack O'Lantern Bla…**
Thu Oct 5 at Van Cortlandt Manor
2,504 guests
Interested · Going

**RISE of the Jack O'Lanterns 2…**
Fri Oct 6 at RISE of the Jack O'…
3,184 guests
Interested · Going

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2017

Chat (18)

Events

**Recent Post**

 **Jaddah Ansaarullah** — If I don't have to work I'll be down!
22 hrs

See All Posts

**About Split Rock Sweetwater Prayer Camp**

 **Split Rock Sweetwater Prayer Camp**
Community
In Solidarity with Standing Rock & all who resist the black snake worldwide we have a prayer camp on Ramapough Land in Mahwah, NJ. #StopSpectra #NoDAPL

**About the Venue**

 **Split Rock Sweetwater Prayer Camp**
Landmark & Historical Place

217 Likes

Go to Page

**Photos at Split Rock Sweetwater Prayer Camp**



See All Photos



1 post in the discussion.

See Discussion

Privacy · Terms · Advertising · Cookies · More
Facebook © 2017

Chat (18)

Events

Privacy · Terms · Advertising · Cookies · More
Facebook © 2017

Chat (18)