## SCHEDULE OF DISTRICT USE REGULATIONS
## TOWNSHIP OF MAHWAH

| Zone | Permitted Principal Uses | Permitted Accessory Uses | Conditional Uses |
|---|---|---|---|
| C-200 Conservation (see subsection 24-6.1, paragraph e) | 1. Public open space, including hiking, horse back riding, wildlife preserves, aboretums, botanical gardens, historical edifices, woodland areas, hunting and fishings facilities, other similar uses.<br>2. Agricultural uses, farms, subject to subsection 24-6.1, paragraph a.<br>3. Single-family detached residences, with 200,000 sq. ft. minimum lots.<br>4. Municipal facilities. | 1. Private garages subject to subsection 24-6.8, paragraph a.<br>2. Swimming pools subject to subsection 24-6.8, paragraph b.<br>3. Signs.<br>4. Off-street parking subject to the Mahwah Township Site Plan Ordinance.<br>5. Accessory uses customarily incidental to a permitted principal use. | 1. Essential services subject to subsection 24-6.9, paragraph b. |
| R-80 Single-Family Residential | 1. Single-family detached dwellings.<br>2. Agricultural uses, farms subject to sub-section 24-6.1, para-graph a.<br>3. Churches, other places of worship including parish houses, Sun-day school buildings, other buildings, other similar uses, subject to subsection 24-6.1, paragraph c.<br>4. Public day schools, not operated for profit.<br>5. Public parks, playgrounds, libraries, firehouses, not-for-profit volunteer ambu-lance or volunteer first aid facilities. | 1. Any C-80 Zone permitted accessory use subject to the same conditions as prescribed therein.<br>2. Home occupations. | 1. Essential services subject to subsection 26-6.9, paragraph b.<br>2. Community buildings, social clubs, lodges, fraternal organizations, subject to subsection 24-6.1, paragraph c.<br>3. Private day school not operated for profit. |
| R-40 Single-Family Residential | 1. Any R-80 Zone permitted principal use under the same conditions as prescribed therein. | 1. Any R-80 Zone permitted accessory use under the same conditions as prescribed therein. | 1. Any R-80 Zone conditional use subject to the same conditions as prescribed therein. |
| R-20 Single-Family Residential | 1. Any R-40 Zone permitted principal use under the same conditions as prescribed therein. | 1. Any R-40 Zone permitted accessory use under the same conditions as prescribed therein. | 1. Any R-40 Zone conditional use subject to the same conditions as prescribed therein. |
| R-15 Single-Family Residential (Ord. #1036, §III) | 1. Any R-20 Zone permitted principal use under the same conditions as prescribed therein. | 1. Any R-20 Zone permitted accessory use under the same conditions as prescribed therein. | 1. Any R-20 Zone conditional use subject to the same conditions as prescribed therein. |
| R-10 Single-Family Residential | 1. Any R-20 Zone permitted principal use under the same conditions as prescribed therein. | 1. Any R-20 Zone permitted accessory use under the same conditions as prescribed therein. | 1. Any R-20 Zone conditional use subject to the same conditions as prescribed therein. |
| R-5 Single-Family Residential | 1. Any R-10 Zone permitted principal use under the same conditions as prescribed therein. | 1. Any R-10 Zone permitted accessory use under the same conditions as prescribed therein. | 1. Any R-10 Zone conditional use subject to the same conditions as prescribed therein.<br>2. Nursing homes subject to subsection 24-6.5. |

# SCHEDULE OF DISTRICT USE REGULATIONS (Continued)
## TOWNSHIP OF MAHWAH

| Zone | Permitted Principal Uses | Permitted Accessory Uses | Conditional Uses |
|---|---|---|---|
| R-11 Two-Family Residential | 1. Any R-5 Zone permitted principal use under the same conditions as prescribed therein. 2. Two-family detached dwellings. | 1. Any R-5 Zone permitted accessory use under the same conditions as prescribed therein. | 1. Any R-5 Zone conditional use subject to the same conditions as prescribed therein. |
| GA-200 Garden Apartment | 1. Any R-5 Zone permitted principal use under the same conditions as prescribed therein. 2. Planned multiple-family development groups, garden apartments subject to subsection 24-6.1, paragraph i. | 1. Any R-11 Zone permitted accessory use under the same conditions as prescribed therein. | 1. Any R-11 Zone conditional use subject to the same conditions as prescribed therein. |
| RM-6 Mobile Home Park | 1. Any R-20 Zone permitted principal use under the same conditions as prescribed therein. 2. Mobile home parks subject to subsection 24-6.3. | 1. Any R-20 Zone permitted accessory use under the same conditions as prescribed therein. | 1. Any R-20 Zone conditional use subject to the same conditions as prescribed therein. |
| PRD-4 Planned Residential Development | 1. Any R-10 Zone permitted principal use under the same conditions as prescribed therein. 2. Planned residential developments subject to subsection 24-6.11. | 1. Any R-20 Zone permitted accessory use under the same conditions as prescribed therein. | 1. Any R-20 Zone conditional use subject to the same conditions as prescribed therein. |
| PRD-6 Planned Residential Development | 1. Any R-20 Zone permitted principal use under the same conditions as prescribed therein. 2. Planned residential developments subject to subsection 24-6.10. | 1. Any R-20 Zone permitted accessory use under the same conditions as prescribed therein. | 1. Any R-20 Zone conditional use subject to the same conditions as prescribed therein. |
| B-40 permitted Highway Business | 1. Any B-200 Zone permitted principal use under the same conditions as prescribed therein. 2. Any IP-120 Zone permitted principal use, except health and wellness center and fitness and health club, under the same conditions as prescribed therein. 3. New automobile sales dealerships and showrooms. 4. Automobile service and repair other than auto body repair. 5. Mechanical automobile washing establishments as provided in subsection 24-6.2. 6. Motels, hotels, as provided in subsection 24-6.4. 7. Animal hospitals, kennels as provided in subsection 24-6.1. | 1. Any B-200 Zone permitted accessory use under the same conditions as prescribed therein. | 1. Any B-200 Zone conditional use subject to the same conditions as prescribed therein. |

(Ord. #574; Ord. #622; Ord. #672; Ord. #732; Ord. #742; 1976 Code Ch. 179; Ord. #955, §4; Ord. #1000, §I; Ord. #1161, §IX; Ord. #1653, §3)

## SCHEDULE OF DISTRICT USE REGULATIONS (Continued)
## TOWNSHIP OF MAHWAH

| Zone | Permitted Principal Uses | Permitted Accessory Uses | Conditional Uses |
|---|---|---|---|
| B-200 Shopping Center Business | Auto supply sales<br>Appliance stores<br>Art galleries, antique shops<br>Bakery shops<br>Banks, other financial institutions<br>Barbershops<br>Beauty parlors<br>Book and stationery stores<br>Butchers<br>Candy and confectionery stores<br>Churches, other places of worship, including parish houses, Sunday school buildings, subject to § 179-19C<br>Clubs, social recreational buildings, subject to subsection 24-6.1, paragraph d.<br>Computer telephone equipment sales and rentals<br>Delicatessen stores<br>Department stores<br>Drugstores<br>Dry goods and variety stores<br>Dry-cleaning and laundry establishments<br>Electrical repairs and sales stores<br>Florist and/or garden supply shops<br>Food and grocery stores<br>Furniture stores<br>Hardware and/or building supply stores<br>Hobby and craft stores<br>Movie theaters, bowling alleys, other indoor amusement facilities<br>Municipal buildings<br>Offices, business and professional<br>Office equipment establishments<br>Package liquor stores<br>Painting plumbing and wallpaper stores<br>Pet shops<br>Photographic equipment and supply stores<br>Planned commercial development groups<br>Post offices<br>Public schools, parks, playgrounds, firehouses, libraries<br>Real estate offices<br>Restaurants<br>Shoe repair shops<br>Supermarkets<br>Tailors, dressmakers<br>Taxi stands and service<br>Travel agencies or offices | 1. Off-street parking and loading facilities.<br>2. Signs.<br>3. Accessory storage within a wholly enclosed permanent structure of materials, goods and supplies intended for sale or consumption on the premises. | 1. Outdoor storage subject to subsection 24-6.8, paragraph c.<br>2. Essential services subject to subsection 24-6.9, paragraph b.<br>3. Service stations subject to subsection 24-6.7. |

## SCHEDULE OF DISTRICT USE REGULATIONS (Continued)
## TOWNSHIP OF MAHWAH

| Zone | Permitted Principal Uses | Permitted Accessory Uses | Conditional Uses |
|---|---|---|---|
| B-200 (Cont'd) | Undertakers and funeral parlors<br>Videotape and equipment sales, rentals and repairs<br>Wearing apparel shops | | |
| B-12 General Business | Any B-200 permitted principal use under the same conditions as prescribed therein.<br>Automobile product sales and services including tires and glass<br>Automobile Service and repairs other than auto body repairs<br>Building, Plumbing and Roofing Supplies<br>Bus Terminal, Offices and Garage and facilities for servicing, repairing, maintaining and parking buses and other related equipment and vehicles.<br>Distribution terminals.<br>Mechanical automobile washing establishments as provided in subsection 24-6.2.<br>Nursery and landscaping sales and services<br>Service stations subject to subsection 24-6.7 | 1. Off-street parking facilities.<br>2. Signs.<br>3. Accessory storage within a wholly enclosed permanent structure of materials, goods and supplies intended for sale or consumption on the premises. | 1. Outdoor storage subject to subsection 24-6.8, paragraph c.<br>2. Essential services subject to subsection 24-6.9, paragraph b. |
| B-10 Neighborhood Business | Antique shops<br>Bakery shops<br>Branch banks<br>Barbershops<br>Beauty parlors<br>Book and stationery stores<br>Butchers<br>Candy and confectionery stores<br>Churches, other places of worship, including parish houses, Sunday school buildings, subject to subsection 24-6.1, paragraph c.<br>Clubs, social recreational buildings subject to subsection 24-6.1, paragraph d.<br>Computer and telephone equipment sales and rentals<br>Delicatessen stores<br>Drugstores<br>Dry-cleaning establishments<br>Florist shops<br>Food and grocery stores<br>Laundry establishments<br>Nursery school and child daycare center<br>Hardware stores<br>Offices, business and professional | 1. Any B-200 Zone permitted accessory use under the same conditions as prescribed therein. | 1. Any B-200 Zone conditional use under the same conditions as prescribed therein. |

## SCHEDULE OF DISTRICT USE REGULATIONS (Continued)
## TOWNSHIP OF MAHWAH

| Zone | Permitted Principal Uses | Permitted Accessory Uses | Conditional Uses |
|---|---|---|---|
| B-10 (Cont'd) | Package liquor stores<br>Painting, plumbing and wallpaper stores<br>Photographic equipment and supply stores<br>Post offices<br>Public schools, parks, playgrounds, firehouses, libraries<br>Radio and television repair stores<br>Real estate offices<br>Restaurants<br>Shoe repair shops<br>Taxi stands and service<br>Thrift shop<br>Travel agencies or offices<br>Undertakers and funeral parlors<br>Videotape and equipment, sales rentals and repairs | | |

(Ord. #574; Ord. #622; Ord. #742; 1976 Code Ch. 179; Ord. #938, §I; Ord. #1124, §I)

| Zone | Permitted Principal Uses | Permitted Accessory Uses | Conditional Uses |
|---|---|---|---|
| OP-200 Office Park | 1. Office buildings, including buildings housing professional offices and general business offices provided there is no sale of products on the premises.<br>2. Scientific or research laboratories, testing experimental or computation centers, provided that there shall be no use thereof that is noxious, offensive or hazardous by reason of emission of odor, dust, smoke, noise or electric, magnetic, radioactive waves or bacteria.<br>3. Medical arts buildings, medical and dental offices, clinics and offices. Nursing homes, hospitals, and medical clinics requiring residency are prohibited.<br>4. Banks and financial institutions and services including the offices of a real estate broker, stock-broker, insurance agent and travel agency, provided no products are manufactured, processed or sold on the premises.<br>5. Restaurants other than fast food establishments.<br>6. Public schools, parks, playgrounds, fire houses, libraries and other public buildings.<br>7. Business using structures wherein office space is combined with a warehouse. | 1. Off-street parking facilities.<br>2. Signs.<br>3. Accessory storage within a wholly enclosed permanent structure of materials, goods and supplies intended for sale or consumption on the premises.<br>4. Accessory uses customarily incidental to permitted principal uses.<br>5. Accessory retail sales in office buildings including newsstands, tobacconists, gift shops and restaurants wholly within an office building subject to subsection 24-6.8, paragraph a.3.(g).<br>6. Helistop or helipad subject to subsection 24-6.8, paragraph d. herein. | 1. Essential services subject to subsection 24-6.9, paragraph b. |

## SCHEDULE OF DISTRICT USE REGULATIONS (Continued)
## TOWNSHIP OF MAHWAH

| Zone | Permitted Principal Uses | Permitted Accessory Uses | Conditional Uses |
|---|---|---|---|
| OP-200 (Cont'd) | and/or distribution facility provided the office use accounts for a minimum of twenty-five (25%) percent of the floor area.<br>8. Hotels subject to sub-section 24-6.4<br>9. Offices, business and professional. | | |
| IP-120 Industrial Park | 1. Research laboratories.<br>2. Assembly or packaging of products from previously pre-pared materials.<br>3. Manufacture, assembly and/or packaging of electronic and electric components, instruments, precision tools, time piece.<br>4. Public utility buildings, telephone exchange, telegraph.<br>5. Printing plants or publishing houses.<br>6. Light manufacturing operations, provided that all performance requirements in Section 24-8 are complied with.<br>7. Business using structures wherein office space is combined with a warehouse and/or distribution of products provided that the office use accounts for a minimum of ten (10%) percent of the total floor area.<br>8. Planned industrial developments.<br>9. Health and wellness center.<br>10. Fitness and health club. | 1. Off-street parking and loading facilities<br>2. Signs | 1. Any B-10 Zone conditional use under the same conditions as pre-scribed therein.<br>2. Essential Services subject to subsection 24-6.9, paragraph b. |

(Ord. #1280, §II; Ord. #1401, §II; Ord. #1589, §3)

| Zone | Permitted Principal Uses | Permitted Accessory Uses | Conditional Uses |
|---|---|---|---|
| GI-80 General Industry | 1. Any IP-120 Zone permitted principal use under the same condi- | 1. Any IP-120 Zone permitted accessory use under the same | 1. Any IP-120 Zone conditional use. |

### SCHEDULE OF DISTRICT USE REGULATIONS (Continued)
### TOWNSHIP OF MAHWAH

| Zone | Permitted Principal Uses | Permitted Accessory Uses | Conditional Uses |
|---|---|---|---|
| GI-80 (Cont'd) | 10. Woodworking, furniture repair and custom upholstery, metalworking, electrical sales, contracting.<br>11. Manufacture, assembly or packaging of products from previously prepared materials.<br>12. Public parks, playgrounds or athletic fields.<br>13. United States Post Office.<br>14. Health and wellness center.<br>15. Fitness and health club. | | |
| (Ord. #1008, §I; Ord. #1321, §I; Ord. #1401, §IV; Ord. #1589, §3) | | | |
| FP Floodplain | See subsection 24-6.1, paragraph h. | See subsection 24-6.1, paragraph h. | See subsection 24-6.1, paragraph h. |
| CED/R-40 Controlled Economic Development | See Ordinance No. 462 the Controlled Economic Development Ordinance. | | |
| CEM Cemetery | 1. Cemeteries, including mausoleums, vaults, chapels, crypts, other structures intended to hold or contain the dead. | 1. Accessory uses customarily incidental to a permitted principal use. | None |
| BZ Buffer Zone | See subsection 24-6.11. | See subsection 24-6.11 | See subsection 24-6.11. |
| (Ord. #574; 1976 Code Ch. 179) | | | |
| PO-S Public Open Space | 1. Public open space, including hiking, horseback riding, wildlife preserves, arboretums, botanical gardens, historical edifices, woodland areas, hunting and fishing facilities, youth camps, other similar uses.<br>2. Agricultural uses, farms, subject to subsection 24-6.1a.<br>3. State, County or Municipal recreational facili- | 1. Swimming pools subject to subsection 24-6.8b.<br>2. Signs.<br>3. Off-street parking subject to the Mahwah Township Site Plan Ordinance.<br>4. Accessory uses customarily incidental to a permitted principal use. | 1. Essential services subject to subsection 24-6.9b. |

## SCHEDULE OF DISTRICT USE REGULATIONS (Continued)
## TOWNSHIP OF MAHWAH

| Zone | Permitted Principal Uses | Permitted Accessory Uses | Conditional Uses |
|---|---|---|---|
| CB Community Business | 1. Antique shops<br>2. Bakery shops<br>3. Branch banks<br>4. Barbershops<br>5. Beauty parlors<br>6. Books and stationery stores<br>7. Butchers<br>8. Candy and confectionery stores<br>9. Churches, other places of worship, including parish houses, Sunday school buildings, subject to subsection 24-6.1c<br>10. Clothing stores<br>11. Clubs, social recreational buildings, subject to subsection 24-6.1d<br>12. Delicatessen stores<br>13. Drugstores<br>14. Dry-cleaning establishments<br>15. Florist shops<br>16. Food & grocery stores<br>17. Hardware stores<br>18. Jewelry stores<br>19. Meat or fish markets<br>20. Offices, business and professional<br>21. Package liquor stores<br>22. Painting, plumbing and wallpaper stores<br>23. Photography equipment and supply stores<br>24. Post Offices<br>25. Radio and television repair store<br>26. Real estate offices<br>27. Restaurants<br>28. Shoe repair shops<br>29. Shoe store<br>30. Tailor shop<br>31. Taxi stands and services<br>32. Travel agencies or offices<br>33. Variety or notion shop<br>34. Municipal Buildings and Facilities including Township offices, fire stations, police stations, ambulance buildings, libraries. | 1. Off street parking and loading facilities.<br>2. Signs.<br>3. Accessory storage within a wholly endorsed permanent structure of materials, goods and supplies intended for sale or consumption on the premises. | 1. Outdoor storage subject to subsection 24-6.8c.<br>2. Essential services subject to subsection 24-6.9b.<br>3. Service stations subject to subsection 24-6.7. |

(Ord. #1211, §II; Ord. #1324, §2)