UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

RAMAPOUGH MOUNTAIN INDIANS, INC. and : \
RAMAPOUGH LENAPE NATION :
:
      Plaintiffs, :
:
v. :  Civil Action No. 18-CV-9228
:
THE TOWNSHIP OF MAHWAH, RAMAPO :
HUNT AND POLO CLUB ASSOCIATION, INC., :
GERALDINE ENTRUP, THOMAS MULVEY, :
:
      Defendant. :

---

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

  Attorney for Plaintiffs Baher Azmy, pursuant to LCvR 101.1(c)(1), moves the Court to enter an order granting permission to Darius Charney and Rachel Meeropol to appear as counsel and to participate *pro hac vice* on behalf of Plaintiffs.

  Pursuant to LCvR 101.1(c)(1), please find attached:

1. The Declaration of Attorney Darius Charney in support of this motion and

2. The Declaration of Attorney Rachel Meeropol in support of this motion.

3. A Proposed Order granting this motion.

  It is respectfully requested that the proposed order be entered permitting Darius Charney and Rachel Meeropol to enter appearances of counsel of record for Plaintiffs and participate *pro hac vice* in this case.

*/s/Baher Azmy*
Baher Azmy
CENTER FOR
CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012