UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

―――――――――――――――――――――― x
RAMAPOUGH MOUNTAIN INDIANS, INC. and :
RAMAPOUGH LENAPE NATION :
 :
                Plaintiffs, :
 :
v. :   Civil Action No. 18-CV-9228
 :
THE TOWNSHIP OF MAHWAH, RAMAPO :
HUNT AND POLO CLUB ASSOCIATION, INC., :
GERALDINE ENTRUP, THOMAS MULVEY, :
 :
                Defendant.
―――――――――――――――――――――― x

### DECLARATION OF DARIUS CHARNEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRO HAC VICE ADMISSION

I, Darius Charney, hereby declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge:

1. I am an attorney at the Center for Constitutional Rights ("CCR"), co-counsel for Plaintiffs in this litigation, located at 666 Broadway, 7th Floor, New York, NY 10012. My telephone number is 212-614-6475.

2. Attached to this Declaration as Exhibit 1 is a true and correct copy of my Certificate of Good Standing, dated September 20, 2018.

3. I have not been disciplined by any bar.

Date:  September 25, 2018

      New York, New York

1

Respectfully submitted,

/s/*Darius Charney*

_____

DARIUS CHARNEY
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
Tel.: (212) 614-6475
Fax:  (212) 614-6422
dcharney@ccrjustice.org

# EXHIBIT 1

## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# DARIUS CHARNEY

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **October 28, 2002,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**September 20, 2018**

7803

_____
Clerk of the Court