# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

RUBY KUMAR-THOMPSON, Partner
rkumarthompson@cgajlaw.com

**Reply to: Oakland Office**

September 26, 2018

**ELECTRONICALLY FILED**
Clerk, United States District Court
District of New Jersey
Martin Luther King, Jr. Federal
Building and Courthouse
50 Walnut Street, Room 2060
Newark, New Jersey 07103

    *Re:*    **Ramapough Mountain Indians, Inc., et al. v. Township of Mahwah, et al.**
             **Civil Action No. 2:18-cv-09228-CCC-JBC**

Dear Clerk:

    This office represents Township of Mahwah, Geraldine Entrup, and Thomas Mulvey (hereinafter "Mahwah Defendants") in the above-captioned matter. We are writing in connection with Plaintiff's Motion for Leave to File an Amended Complaint that has been scheduled by the Court to be heard on October 15, 2018 before the Honorable Claire C. Cecchi, U.S.D.J. Mahwah Defendants herein respectfully request one automatic 14-day extension to reply to Plaintiff's Motion for Leave to Amend the Complaint pursuant to Local Rule 7.1(d)(5), thereby making Mahwah Defendants' opposition to said Motion due on October 22, 2018, and the new hearing date for said Motion to be November 5, 2018**.**

    Thank you in advance for your kind courtesies and consideration in this regard.

                Respectfully submitted,

                BY: /s/ Ruby Kumar-Thompson
                    RUBY KUMAR-THOMPSON, ESQ.

RKT: cms
cc:    Honorable Claire C. Cecchi, U.S.D.J. *(via first class mail)*
       Baher Azmy, Esq. (*via ECF only*)
       Diane Sullivan, Esq. (*via ECF only*)
       Valeria A. Gheorghiu, Esq. (*via ECF only*)
       Arthur N. Chagaris, Esq. (*via ECF only*)

**Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601**
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 201 644-7601
Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753

www.cgajlaw.com