

# BEATTIE PADOVANO LLC

MARTIN W. KAFAFIAN (NJ, NY, DC BARS)
ADOLPH A. ROMEI (NJ, NY BARS)
JOHN J. LAMB (NJ BAR)
ANTIMO A. DEL VECCHIO (NJ, NY, DC BARS)
ROBERT A. BLASS (NJ, NY BARS)
IRA J. KALTMAN (NJ, NY BARS)
ARTHUR N. CHAGARIS (NJ BAR)
STEVEN A. WEISFELD (NJ, NY BARS)
IRA E. WEINER (NJ BAR)
DANA B. COBB (NJ, NY BARS)
RENATA A. HELSTOSKI (NJ, NY BARS)
MICHAEL STERNLIEB (NJ BAR)
DANIELE CERVINO (NJ, NY BARS)
ARTHUR M. NEISS (NJ, NY BARS)

COUNSEL TO THE FIRM
JAMES R. BEATTIE (NJ BAR)
ROGER W. BRESLIN, JR. (NJ BAR)
THOMAS W. DUNN (NJ BAR)
JOSEPH A. RIZZI (NJ BAR)
PATRICK J. MONAGHAN, JR. (NJ, NY BARS)
MARY ELLEN B. OFFER (NJ, NY BARS)
EMERY C. DUELL (NJ, NY BARS)

RALPH J. PADOVANO (1935-2016)

COUNSELLORS AT LAW
50 CHESTNUT RIDGE ROAD, SUITE 208
P.O. BOX 244
MONTVALE, NEW JERSEY 07645-0244

(201) 573-1810

www.beattielaw.com

NEW YORK OFFICE:
99 MAIN STREET, SUITE 319
NYACK, NEW YORK 10960
(845) 512-8584

OF COUNSEL
BRENDA J. STEWART (NJ BAR)

KATHLEEN S. COOK (NJ, NY, GA BARS)

JAMES V. ZARRILLO (NJ, NY BARS)
JEANETTE A. ODYNSKI (NJ, NY BARS)
DANIEL L. STEINHAGEN (NJ, NY BARS)
CRISTIN M. KEEGAN (NJ, NY BARS)
MARTIN R. KAFAFIAN (NJ, NY BARS)
MARIYA GONOR (NJ, NY BARS)
LEVI J. KOOL (NJ, NY BARS)
JOHN M. BOEHLER (NJ BAR)

FAX: (201) 573-9736
FAX: (201) 573-9369

Reply to New Jersey Office
Writer's Direct Access
Email: achagaris@beattielaw.com
Direct Dial: (201) 799-2141

September 26, 2018

*Via ECF*
Clerk, United State District Court
District of New Jersey
Martin Luther King, Jr. Federal
Building and Courthouse
50 Walnut Street, Room 2060
Newark, New Jersey 07103

Re: *Ramapough Mountain Indians, Inc. v. Township of Mahwah, et al.*, Case No. 2:18-cv-09228 (CCC) (JBC)

Dear Sir or Madam:

This Office represents the Ramapo Hunt & Polo Club Association (the "Association"), the Co-Defendant in the above-captioned matter. We are writing in connection with Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 42), filed by the Plaintiffs and scheduled by the Court to be heard on October 15, 2018 before the Honorable Clair C. Cecchi, U.S.D.J. The Association respectfully request one automatic 14-day extension to reply to Plaintiff's Motion for Leave to Amend the Complaint, pursuant to Local Rule 7.1(d)(5), thereby making the Association's opposition to said Motion due on October 22, 2018 and the new hearing date for said Motion to be November 5, 2018.

Thank you in advance for your kind courtesies and consideration in this regard.

Respectfully submitted,

/s/ Arthur N. Chagaris
Arthur N. Chagaris

ANC:ml
cc: Honorable Clair C. Cecchi, U.S.D.J. (via First Class Mail)
Baher Azmy, Esq (via ECF)
Diane Sullivan, Esq. (via ECF)
Valeria Gheorghiu, Esq. (via ECF)
Ruby Kumar-Thompson, Esq. (vis ECF)

*Forty-Eight Years of Service*

3314228_1\180480