**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT ST. ROOM 2060
NEWARK, NJ 07102

October 5, 2018

**LETTER ORDER**

Re:   **RAMAPOUGH MOUNTAIN INDIANS, INC. et al v. TOWNSHIP OF MAHWAH et al**
      **Civil Action No. 18-9228 (CCC)**

Dear Counsel:

The Court is in receipt of Plaintiffs' Motion and Order for Admission P*ro Hac Vice* [ECF No. 46]. Plaintiffs' motion is **DENIED** without prejudice. In the event that Plaintiff renews its motion in the future, the Court instructs Plaintiff to comply with Local Civil Rule 101.1(c)(2) and (3).[1]

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　s/ James B. Clark, III
　　　　　　　　　　　　　　　　　　　　　　**JAMES B. CLARK, III**
　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**

---

[1] Specifically, Plaintiffs' failed to submit an appropriate proposed order which requires that the out-of-state attorney make a payment to the New Jersey Lawyers' Fund for Client Protection and to the Clerk, USDC.