**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAMAPOUGH MOUNTAIN INDIANS, INC., and RAMAPOUGH LENAPE NATION,<br><br>PLAINTIFFS,<br><br>v.<br><br>TOWNSHIP OF MAHWAH, RAMAPO HUNT & POLO CLUB ASSOCIATION, INC., GERALDINE ENTRUP, THOMAS MULVEY, JOHN and JANE DOES 1-14, JOHN DOE ENTITIES 1 and 2,<br><br>DEFENDANTS. | Case No. 2:18-cv-09228-CCC-JBC<br><br>CIVIL ACTION<br><br>**CERTIFICATION OF ELECTRONIC SERVICE FOR MAHWAH DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

I, Ruby Kumar-Thompson, Esq., a Partner at the law firm of Cleary Giacobbe Alfieri and Jacobs, LLC, hereby certify that on this 23rd day of January, 2019, a copy of the **DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, CERTIFICATION OF COUNSEL, AND EXHIBITS in support thereof** has been served via electronic filing to all counsel of record to all of the parties.

                                          **CLEARY GIACOBBE ALFIERI JACOBS, LLC**
                                          169 Ramapo Valley Road, Upper Level-105
                                          Oakland, New Jersey 07436
                                          Phone: (973) 845-6700
                                          Attorneys for Defendants Township of Mahwah, Geraldine Entrup, and Thomas Mulvey

                                          By:    *s/ Ruby Kumar-Thompson*
Dated: January 23, 2019              RUBY KUMAR-THOMPSON, ESQ.