# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMAPOUGH MOUNTAIN INDIANS INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> TOWNSHIP OF MAHWAH, et al., <br><br> Defendants. | Civil Action No. 2:18-cv-09228-CCC-JBC <br><br> **STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, acting through and with consent of their respective counsel identified by their signatures below, that the time within which the above-named Defendants, the Township of Mahwah, Geraldine Entrup, Thomas Mulvey, and Ramapo Hunt & Polo Club may file oppositions to Plaintiffs' Motion to Lift Discovery Stay [ECF No. 79] shall be extended until April 1, 2019.

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties, acting through and with consent of their respective counsel identified by their signatures below, that the time within which the above-named Plaintiffs may file a Reply to Defendants' Opposition with regard to Plaintiffs' Motion to Lift Discovery Stay [ECF No. 79] shall be extended until April 8, 2019.

| | |
|---|---|
| **BEATTIE PADOVANO, LLC** <br> Attorneys for Defendant, <br> Ramapo Hunt & Polo Club | **CLEARLY GIACOBBE ALFIERI JACOBS** <br> Attorneys for Defendants, <br> Township of Mahwah, Geraldine Entrup and Thomas Mulvey |
| By: */s/Martin R. Kafafian* <br>     Martin R. Kafafian | By: */s/Ruby Kumar-Thompson* <br>     Ruby Kumar-Thompson |

**JAY MINGA, ESQ.**
Attorneys for Plaintiffs, Ramapough Mountain Indians, Inc., and
Ramapough Lenape Nation


By:  /s/Jay Minga
    Jay Minga, Esq.


Dated:  March 15, 2019