# EXHIBIT A

3136207_1\000888

Page 1

UNCERTIFIED TRANSCRIPT DISCLAIMER IN THE MATTER OF:

TOWNSHIP OF MAHWAH

VS.

RAMAPOUGH MOUNTAIN INDIANS, INC., ET AL.

The following transcript(s) of proceedings, or any portion thereof, in the above titled matter, taken on any dates, is being delivered UNEDITED and UNCERTIFIED by the official court reporter. The purchaser agrees not to disclose this uncertified and unedited transcript in any form (written or electric) to anyone who has no connection to this case. This is an unofficial transcript. This transcript has not been checked, proofed or corrected. It is a draft transcript, NOT a certified transcript. As such, it may contain computer-generated mistranslations of stenotype code of electronic transmission errors, resulting in inaccurate or nonsensical word combinations, or untranslated stenotype symbols which cannot be deciphered by non-stenotypists.

Page 2

1  CHIEF DWAINE PERRY,
2  having first been duly affirmed, was examined
3  and testified as follows:
4          EXAMINATION
5  BY MR. CHAGARIS:
6      Q.  All right. Mr. Perry or chief
7  Perry have you ever been deposed before?
8      A.  Yes.
9      Q.  Well, let me refresh your memory
10 just in case you haven't been deposed in a
11 while. It is a question and answer session I'm
12 going to ask you questions about this matter
13 and I will ask you to give your answers to the
14 best of your ability. I know that Mr. Wallace
15 is here Walsh?
16     MR. WALLACE:  Wallace.
17 BY MR. CHAGARIS:
18     Q.  Mr. Wallace is with you today and
19 he is admitted pro hoc /SREURB an in this cases
20 regularly a New York attorney so forth /PWERPB
21 if it of the record and so that we understand
22 is that under the rules of New Jersey court the
23 taking of a ^ deposition is ^ depositions
24 governed by rule four colon 14 dash three in
25 particular the rule states and I will ^ ,

Page 3

1  quote, ^ quote it for the record no objection
2  shall be made during the taking of a deposition
3  except those addressed to the form of the
4  question or to assert a privilege, a right of
5  confidentiality or limitation pursuant to
6  previously entered court order. . Do you
7  understand that?
8      A.  Well that is a legal term. I mean
9  I don't know.
10     Q.  Well, in other words, during the
11 course of your deposition your attorney who is
12 with you today, Mr. /WAEULS ^ a ^ ace cannot
13 object to any questions except as to the ^ for
14 many ^ form, as to any privilege or as to any
15 matter of confidentiality?
16     MR. WALLACE:  I have read the rule
17 and ^ am ^ many familiar with it and it's
18 quite similar to the ^ with a ^ way we
19 practice in New York and it is also quite
20 similar I think it's actually based on the
21 federal rule.
22 BY MR. CHAGARIS:
23     Q.  Just so that the record is clear.
24 Also during the course of the deposition you
25 cannot ^ be ^ been instructed not to answer

Page 4

1  except on the matter of privileged or
2  confidentiality or if there is limitation by a
3  prior court order. Also during the taking of
4  your deposition when a question is asked of you
5  you cannot con consult with your attorney
6  before you give your answer. Do you understand
7  that?
8      A.  Yes.
9      Q.  Okay. And if there is a question
10 that I ask you that you do not understand
11 please tell me and I will be happy to rephrase
12 it or repeat. ^ It is ^ Itself for for you to
13 understand if you give an answer we are going
14 to assume that you are answering the actually
15 question that I posed. Do you understand that?
16     A.  Right.
17     Q.  And we don't want you to guess or
18 speculate. If you are going to give an
19 estimation or an approximation tell us that
20 you're doing so that we know it is not based on
21 your own certainty but ^ it is ^ itself on an
22 estimation?
23     A.  Okay.
24     Q.  If you need to take a break let us
25 know make sure that we will accommodate if you

Page 25

```
1    shoulder that's Mr. Molt?
2       A.   It looks like him.
3       Q.   Okay.  I just want to make sure.
4       A.   That is a bad picture of me for the
5    record.
6       Q.   And Mr. Smith who is present today
7    what is his relation to the tribe?
8       A.   He is a tribal member.
9       Q.   Is he on the council, tribal
10   council?
11      A.   No.
12      Q.   When -- let me start again did you
13   grow up in this area, sir?
14      A.   Yes.
15      Q.   What town in this area did you grow
16   up in?
17      A.   Hill burn.
18      Q.   And did you visit the location of
19   where the current headquarters are when you
20   were growing up?
21      A.   Yes.
22      Q.   Okay.  And the location that's in
23   discussion today is we'll call it 95 Halifax
24   road?
25      A.   Uh-huh.
```

Page 26

```
1       Q.   Have you ever visited that before
2    you ^ became ^ become chief?
3       A.   Many times.
4       Q.   When was the first time you recall
5    visiting that location?
6       A.   When I was a kid I went by there
7    with my father I don't know what 50 years ago,
8    60 years, probably 60 years ago.
9       Q.   All right.  And what -- the 501 C
10   three obtained title to 95 Halifax road in 1995
11   is that /KR-BG?
12      A.   I believe so yes.
13      Q.   But did you use the location I'm
14   sorry did the tribe use the location at 95
15   Halifax road before 1995?
16      A.   Oh, yes yes.
17      Q.   And what was it used for?
18      A.   Primarily used for ceremony.
19      Q.   Okay.  And how often was the
20   property used before 1995?
21      A.   That I couldn't speak to.  I was a
22   kid, until 95.
23      Q.   Okay.
24      A.   I would have to refer to some
25   elders who really aren't here.
```

Page 27

```
1       Q.   So you don't have any recollection?
2       A.   Well, I have gone down there a
3    number of times he during the powwows I have
4    gone a down there to do some to pray I have
5    actually ^ be ^ been down with the dein a pipe
6    ceremony in the early eighties, we marked a
7    couple spots with the Denay's where we do the
8    ceremonies at.
9       Q.   And is that location other than the
10   address of 95 Halifax road does that go by any
11   other name other than 95 Halifax road that
12   location?
13      A.   Well, it's been Sweetwater but it
14   was also part of the the Fike and also that
15   property was owned by the degrout family and my
16   understanding with that was they had about 300
17   acre farm /TWHEULS Ramapo college now sits part
18   on.  And they had they have been visited
19   numerous times and at the end Mr. DeGrout moved
20   a farm for one dollar and moved his family up
21   to orange county in the middle of the night I
22   don't know what that means but that is the
23   ^ store I ^ story the family has told and I
24   have gotten that directly from some of the
25   elders.
```

Page 28

```
1       Q.   Who did the DeGrout family sell the
2    property too?
3       A.   I don't know it was white folks
4    that came around every day that asked to buy
5    it.  There must ^ be ^ been county records.
6       Q.   Okay.
7       A.   I'd like to add to that he has
8    successful farm (he had) he signed the bill of
9    sale with an X.
10      Q.   And so this property 95 Hal
11   /TPHAOBGS was within the 300 acre farm that the
12   DeGrouts had?
13      A.   Right and also chief man is who has
14   been known technically live on the Ramapo
15   campus /( lived right there in that area that
16   was Squire Christie prior to the inception of
17   town of Mahwah but ^ it is ^ itself recorded in
18   Mahwah history.
19      Q.   But at 95 Halifax road?
20      A.   That would be 95 Halifax.
21      Q.   And?
22      A.   Oh, one other thing.
23      Q.   Go ahead?
24      A.   Nick DeFreeces family I think you
25   are aware of he is down one acre one acre left
```

Page 29

1  down there at the 95 Halifax area and it's
2  landlocked somehow. They started with nine
3  acres and ache range has been dwindling every
4  year now they are down to one acre that is
5  landlocked that I thought was against the law
6  but -- I'm sorry I'm not ^ exposed ^ supposed
7  to look at those guys.
8      Q.  And what is the size of 95 Halifax
9  road in the acreage or square foot?
10     A.  ^ Well, the ^ Wealth property that
11 we maintain is 13 point nine acres I believe.
12     Q.  Okay. And besides that address did
13 I ask you did it go by any other name other
14 than the address of 95 Halifax?
15     A.  Well, I don't know what it was
16 called prior to that. I just think I it was
17 they were called by the a certificate moan
18 /KWRAL thing same thing ^ go ^ gone down to the
19 land that I am aware of.
20     Q.  Was it ^ ever ^ every known as
21 under the name of Sweetwater or Split Rock or
22 anything any name like that?
23     A.  Well, Ramapo means Sweetwater.
24 Split Rock technically is the name of the
25 mountain above it that's, if you look at it

Page 30

1  home general /KHREU ^ it is ^ itself all part
2  of the same property ^ it is ^ itself all part
3  of the same ceremonial site.
4      Q.  So I understood you to say that
5  Sweetwater is the name another name for Ramapo;
6  is that correct?
7      A.  Yes.
8      Q.  And Split Rock is up in the
9  mountains?
10     A.  Split Rock yeah is above it.
11     Q.  Above it okay. So (P-2 marked,
12 certification of chief Dwaine Perry)?
13     Q.  Chief do you recognize this
14 document?
15     A.  No.
16     Q.  Look at the first page. ^ It
17 is ^ Itself on the title it says certification
18 of chief Dwaine Perry in support of motion to
19 vacate temporary restraints did I read that
20 correctly?
21     A.  That's what it says yes (that is
22 the title define /STPH-FLT (.
23     Q.  Have you seen this document before
24 today?
25     A.  I don't recall it no.

Page 31

1      Q.  Okay. Can you go to the --
2      A.  It's got my name on it.
3      Q.  ^ Go ^ Gone to page number six?
4      A.  It has my signature on it.
5      Q.  Is that your signature?
6      A.  Yes.
7      Q.  It has a date next to your
8  signature date of May 31, 2017; is that
9  correct?
10     A.  That's correct.
11     Q.  But -- do you recognize this
12 document ^ have gone ^ having pointed out that
13 to you do you recognize this document?
14     A.  Well, not that I recollect nice it.
15 I recognize my signature so I would have to say
16 I have seen the document. I'm just saying you
17 handed this to me hand me a magazine.
18     Q.  So you're saying if you signed it
19 at the time you had read it then?
20     A.  Yeah ^ lead ^ led me read it.
21     Q.  Sure take your time.
22     A.  Any particular questions?
23     Q.  Yes I actually direct your
24 attention to paragraph 13 which is on page 3?
25     A.  Okay.

Page 32

1      Q.  Let's start at paragraph 12 I will
2  read it for the record. Sweetwater is uniquely
3  ^ side ^ sighed ^ situated for our ceremonies
4  and I are replaceable for that purpose for
5  several reasons detailed below did I read that
6  correctly?
7      A.  Wait a minute I'm trying to back
8  where this --
9      Q.  Take your time.
10     A.  Okay where is it?
11     Q.  Paragraph 12 on page 3. Again I
12 will read it again for the record?
13     A.  Yes, it is. ^ It is ^ Itself
14 correct.
15     Q.  That seems -- that means the Ramapo
16 river am I correct then?
17     A.  Essentially the river is
18 ^ importance ^ important to the ^ hole ^ whole.
19     Q.  For ^ side ^ sighed ^ situated for
20 ceremonies and I are replaceable for the
21 purposes set forth below. It says number 13 I
22 will read it for the record first Sweetwater is
23 very close to two sites sacred to the tribe did
24 I read that correctly?
25     A.  Yes.

Page 77

1   under what is known as a cc. Do you know what
2   I I say the term cc?
3       A.   Yes.
4       Q.   Your name is there, correct?
5       A.   Correct.
6       Q.   Did you receive a copy of this do
7   you recall?
8       A.   Yeah.
9       Q.   Okay.
10      A.   Let me ask toss this mean that we
11  need to apply for a site plan?
12      Q.   I don't know, sir?
13      A.   Is that what we are talking about.
14          MR. WALLACE: Is there a pending
15      question.
16  BY MR. CHAGARIS:
17      Q.   My question was did you receive a
18  copy of this document?
19          MR. WALLACE: But that had already
20      been asked and answered.
21  BY MR. CHAGARIS:
22      Q.   He said I don't know sir may I see
23  it?
24          MR. WALLACE: We're still looking
25      at 15?

Page 78

1   BY MR. CHAGARIS:
2       Q.   Yes.
3       A.   Yes, we did receive a copy of this.
4       Q.   And I believe you testified a
5   little while ago that you withdrew the
6   application; is that correct?
7       A.   Correct.
8       Q.   And the reason you with drew it is
9   you thought you had a permit already?
10      A.   Yeah we found there was one filed
11  with the township that they hadn't notified us
12  of.
13      Q.   And after you were drew this
14  application when I say this I'm talking about
15  the application referred to in P-15, did you
16  take -- did you do any other work on the
17  property?
18      A.   What do you mean?
19      Q.   Did you install any structures on
20  the property?
21      A.   No actually no. What was the date?
22      Q.   This is June 2017.
23      A.   I think they gave us a year after
24  that I am not positive.
25      Q.   Okay. And after this application

Page 79

1   was withdrawn did you receive summonses from
2   the township?
3       A.   Yes.
4       Q.   And those resulted in a hearing
5   before judge /PHABG Eddie /(?
6       A.   Correct.
7       Q.   And that decision was of record and
8   that it was appealed to judge /PWOBG man; is
9   that correct?
10      A.   I believe so yes /(.
11      Q.   And is that the decision of judge
12  back man is that under appeal at this time?
13      A.   I believe it is yes.
14      Q.   And who is handling that appeal do
15  you know, what attorney?
16      A.   I'm not quite sure which one at
17  this point.
18      Q.   Okay. And do you know whether or
19  not the Ramapough Mountain Indian corporate
20  charter has been revoked?
21      A.   It hasn't been.
22      Q.   It has not been. Was it
23  ^ ever ^ every revoked?
24      A.   No.
25      Q.   So am I correct in understanding

Page 80

1   that on the site at this time is the altar and
2   the long house; is that correct?
3       A.   Right prayer circle the same thing.
4       Q.   ^ Sit ^ Is it the intention of the
5   corporation or the tribe to install any other
6   structures on the property at this time?
7       A.   No.
8       Q.   And is there a reason for that?
9       A.   Yes, there is.
10      Q.   And what is that reason?
11      A.   Trying to a get along ^ would
12  your ^ with our neighbors.
13      Q.   Now, is the property in question
14  the subject of a green acres December /EUGTS?
15      A.   Yes.
16      Q.   Do you know what a green acres
17  designation is?
18      A.   Yes.
19      Q.   Can you tell us what your
20  understanding?
21      A.   Well, we have signs up let me start
22  by saying over two dozen signs have been
23  removed ^ store I ^ story the Ramapo students
24  but I can guarantee you I walk behind a couple
25  of residents they talk about ^ oh ^ owe my God