Diane P. Sullivan
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, NJ 08542
(609) 986-1120

Baher Azmy
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464

Jonathan Wallace (admitted *pro hac vice*)
P.O. Box 728
Amagansett, New York 11930
(917) 359-6234

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAMAPOUGH MOUNTAIN INDIANS, INC., and RAMAPOUGH LENAPE NATION<br><br>Plaintiffs,<br><br>-against-<br><br>THE TOWNSHIP OF MAHWAH, RAMAPO HUNT & POLO CLUB ASSOCIATION, INC., GERALDINE ENTRUP, in her individual and official capacity, THOMAS MULVEY, in his individual and official capacity,<br><br>Defendants. | Civ. No. 2:18-cv-09228<br><br>**MOTION TO WITHDRAW KEVIN J. ARQUIT AS COUNSEL FOR PLAINTIFFS** |

Counsel for Plaintiffs, Ramapough Mountain Indians, Inc. and Ramapough Lenape Nation, respectfully moves the Court to withdraw the appearance of Kevin J.

Arquit in the above referenced matter. Weil, Gotshal & Manges LLP remains pro bono counsel to Plaintiffs.

Dated:  April 10, 2019               Respectfully submitted,


                                    WEIL, GOTSHAL & MANGES LLP

By:  */s/ Diane P. Sullivan*
      Diane P. Sullivan, Esq.
      Weil, Gotshal & Manges LLP
      17 Hulfish Street, Suite 201
      Princeton, NJ 08542
      Pro Bono Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2019, the foregoing Motion to Withdraw Kevin J. Arquit as Counsel for Plaintiffs was filed with the Clerk of the Court and served upon all parties of record in accordance with the Federal Rules of Civil Procedure and the District of New Jersey's Local Rules.

Dated: April 10, 2019                              */s/ Diane P. Sullivan*
                                                   Diane P. Sullivan

WEIL:\96987280\1\99995.6086